CO-386-online
10/03

# United States District Court
# For the District of Columbia

DEUTSCHE BANK NATIONAL TRUST COMPANY )
300 South Grand Avenue )
Suite 3950 )
Los Angeles, California, 90071-3175 )
)
                           Plaintiff )
      vs )   Civil Action No._____
)
FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as Receiver )
of Washington Mutual Bank, )
550 17th Street, N.W. )
Washington, DC 20429 )
)
                          Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Deutsche Bank National Trust Company  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Deutsche Bank National Trust Company  which have any outstanding securities in the hands of the public:

Deutsche Bank National Trust Company is a wholly owned subsidiary of Deutsche Bank Holdings, Inc., which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned subsidiary of Taunus Corporation, which is a wholly owned subsidiary of Deutsche Bank AG, a publicly held corporation.  No publicly held company owns 10% or more of Deutsche Bank AG's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

976520
BAR IDENTIFICATION NO.

Janice L. Kopec / Morgan, Lewis & Bockius
Print Name

1111 Pennsylvania Avenue, N.W.
Address

Washington    D.C.    20004
City    State    Zip Code

202-739-3000
Phone Number