## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>        Plaintiff,<br><br>     v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>        Defendant. | Civil Action No. 1:09-cv-01656-RMC |

### PROOF OF SERVICE

I, Janice L. Kopec, counsel for Plaintiff, hereby certify that on September 1, 2009, in accordance with Federal Rules of Civil Procedure 4(i)(1)(A)(ii), 4(i)(1)(B) and 4(i)(2), I served copies of the Summons, Complaint and related documents by U.S. Postal Service, Certified Mail, Return Receipt Requested upon the following:

(a)    the Attorney General of the United States, Washington, D.C.;

(b)    the United States Attorney for the District of Columbia, Washington, D.C.; and

(c)    the Executive Secretary of the Federal Deposit Insurance Corporation, Washington, D.C.

Attached hereto as Exhibit 1 is a copy of the certified mail return receipts for each of the three entities listed above.

Dated: September 17, 2009          Respectfully submitted,

By:    /s/
      Janice L. Kopec (D.C. Bar #976520)
      MORGAN, LEWIS & BOCKIUS LLP
      1111 Pennsylvania Avenue, NW
      Washington, DC 20004
      Telephone:  202-739-3000
      Facsimile:   202-739-3001

      Jami Wintz McKeon (*pro hac vice*)
      Gregory T. Parks (*pro hac vice*)
      1701 Market Street
      Philadelphia, PA 19103
      Telephone:  215-963-5000
      Facsimile:215-963-5001

Attorneys for Plaintiff Deutsche Bank National Trust Company

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of September, 2009, a true and correct copy of the

foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's

Electronic Case Filing System.  Parties may access this filing through the Court's system.

                                   /s/ Janice L. Kopec