UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEUTSCHE NATIONAL TRUST COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-1656 (RMC) |
| FEDERAL DEPOSIT INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Pending before the Court is Mr. Louis Diez's motion to intervene, for the stated purpose of consolidating the present case with one already filed in the U.S. District Court for the Eastern District of New York, *Louis Diez v. Washington Mutual Bank*, 09-CV-02390 (JS) (WDW) ("New York case"). In the New York case, Mr. Diez is proceeding *pro se*. The motion will be denied.

Intervention is permitted, under the Federal Rules of Civil Procedure, where a prospective intervenor "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b)(1)(B). Similarly, consolidation is a process that exists for cases "involving a common question of law or fact." Fed. R. Civ. P. 42(a).

Intervention and consolidation are not appropriate here because there is no common question of law or fact between the two cases. The New York case pertains to an alleged fraud on the part of Washington Mutual Bank in contracting with Mr. Diez for two mortgages; this case pertains to an alleged breach of contract between Deutsche National Trust Company and the FDIC,

as Receiver to Washington Mutual Bank. The disposition of the present case will have no effect on Mr. Diez's action alleging fraud, and the disposition of the New York case will have no effect on the contractual obligations of FDIC to Deutsche National Trust Company.

Furthermore, the stated purpose to intervene is to consolidate these cases. This cannot be done. The United States Supreme Court has described Rule 42 as "permitting consolidation of related cases filed in the same court." *Sprint Communications, LLP v. APCC Svces.,* 554 U.S. 269, 128 S. Ct. 2531, 2545 (2008). These cases are in different courts, and even if they were in the same court, they are not related.

It is hereby

**ORDERED** that Mr. Diez's Motion to Intervene for purposes of consolidating cases is **DENIED**.

**SO ORDERED**.


Date:   July 29, 2010                                  /s/
                                              ROSEMARY M. COLLYER
                                              United States District Judge