**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the Trusts listed in Exhibits 1-A and 1-B,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Washington Mutual Bank; JPMORGAN CHASE BANK, National Association; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 09-CV-1656-RMC<br>Hon. Rosemary M. Collyer |

## NOTICE OF FILING

Please take notice that the Plaintiff, Deutsche Bank National Trust Company, as Trustee of the Trusts listed in Exhibits 1-A and 1-B, herewith manually files Exhibit 4 to its Amended Complaint pursuant to LCvR 5.4(e). Exhibit 4 consists of three CD-ROMs containing MLPAs, PSAs, and related ancillary agreements and documents referenced in the Amended Complaint filed September 8, 2010. Due to the size of these files they cannot be filed through the Court's Electronic Filing System (ECF).

Dated: September 8, 2010
     Armonk, NY

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Motty Shulman
Robin A. Henry (Pro Hac Vice)
Motty Shulman (Pro Hac Vice)
333 Main Street
Armonk, NY 10504
Phone: (914) 749-8200
Fax: (914) 749-8300
*Attorneys for Plaintiff Deutsche Bank*
*National Trust Company*

## Certificate of Service

This is to certify that on September 8, 2010 the foregoing Notice of Filing Exhibit 4 to Amended Complaint was served upon all appearing parties and Counsel of record via ECF and a copy of Exhibit 4 was delivered via Federal Express overnight mail to the Clerk of the Court and to appearing counsel at the below listed addresses.

By:  /s/ Sara Clinton

**Scott H. Christensen**
HUGHES HUBBARD & REED, LLP
1775 I Street, NW
Suite 600
Washington, DC 20006
(202) 721-4644
Fax: (202) 721-4646
Email: christen@hugheshubbard.com

**William Robert Stein**
HUGHES HUBBARD & REED LLP
1775 I Street, NW
Washington, DC 20006-2402
(202) 721-4600
Fax: (202) 721-4646
Email: stein@hugheshubbard.com

**Anne M. Devens**
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 Fairfax Drive
Room VS-D-7062
Arlington, VA 22207
(703) 562-2204
Email: adevens@fdic.gov

**Jason Samuel Cohen**
HUGHES HUBBARD & REED, LLP
1775 I Street, NW
Washington, DC 20006
(202) 721-4788
Email: cohenj@hugheshubbard.com

**Jeffrey D. Wexler**
LUCE, FORWARD, HAMILTON & SCRIPPS, LLP
601 South Figueroa Street
Suite 3900
Los Angeles, CA 90017
(213) 892-4910
Fax: (213) 452-8029
Email: jwexler@luce.com

**Michael Hain Bierman**
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
601 South Figueroa Street
Suite 3900
Los Angeles, CA 90017
(213) 892-4992
Fax: (213) 452-8032
Email: mbierman@luce.com