UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Trusts listed in Exhibits 1-A and 1-B,<br><br>          Plaintiff,<br><br>    v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank; JPMORGAN CHASE BANK, National Association; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION,<br><br>         Defendants. | Case No. 09-CV-01656-RMC<br><br>Hon. Rosemary M. Collyer |

## NOTICE OF RELATED CASE

  Pursuant to LCvR 40.5(b)(3), Defendant Federal Deposit Insurance Corporation, in its capacity as Receiver for Washington Mutual Bank ("FDIC-Receiver"), notifies this Court of the related case pending before this Court entitled *North Carolina Department of Revenue v. FDIC*, No. 10-CV-00505-RMC. In that case, Plaintiff North Carolina Department of Revenue alleges $1.8 million in damages and names FDIC-Receiver and JPMorgan Chase Bank, N.A. ("JPMC") as successors-in-interest to WaMu's pre-closure liabilities, as in this case. *See* Complaint ¶¶ 32, 37-41, *North Carolina Department of Revenue v. FDIC*, No. 10-CV-00505-RMC (filed Mar. 26, 2010) (Docket Entry 1). The instant case and *North Carolina Department of Revenue* are related because certain legal issues in the cases "grow out of the same . . . transaction," namely the Purchase and Assumption ("P&A") Agreement between JPMC and

- 2 -

FDIC-Receiver. LCvR 40.5(a)(3). In both cases, the meaning of the same P&A Agreement is at issue.

| | |
|---|---|
| Dated: September 30, 2010 | Respectfully submitted, |

Of Counsel:

Kathryn R. Norcross, D.C. Bar No. 398120
   Senior Counsel, Commercial Litigation Unit
Anne M. Devens
   Counsel, Commercial Litigation Unit
Kaye A. Allison
   Counsel, Commercial Litigation Unit
FEDERAL DEPOSIT INSURANCE
   CORPORATION
3501 Fairfax Drive, Room VS-D-7062
Arlington, Virginia 22226
Telephone: (703) 562-2204
Facsimile: (703) 562-2475
Email: knorcross@fdic.gov
Email: adevens@fdic.gov
Email: kallison@fdic.gov

  /s/ Scott H. Christensen
William R. Stein, D.C. Bar No. 304048
Scott H. Christensen, D.C. Bar No. 476439
Jason S. Cohen, D.C. Bar No. 501834
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006-2401
Telephone: (202) 721-4600
Facsimile: (202) 721-4646
Email: stein@hugheshubbard.com
Email: christen@hugheshubbard.com
Email: cohenj@hugheshubbard.com

*Attorneys for Federal Deposit Insurance Corporation in its capacity as Receiver for Washington Mutual Bank*