UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Trusts listed in Exhibits 1-A and 1-B,<br><br>            Plaintiff,<br><br>      v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank; JPMORGAN CHASE BANK, National Association; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION,<br><br>            Defendants. | Case No. 1:09-cv-1656 (RMC) |

**DEFENDANTS JPMORGAN CHASE BANK, N.A. AND WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendants JPMorgan Chase Bank, N.A. ("JPMC") and Washington Mutual Mortgage Securities Corporation ("WMMSC"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of JPMC that have any outstanding securities in the hands of the public:  JPMorgan Chase & Co.

I further certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of WMMSC that have any outstanding securities in the hands of the public:  JPMorgan Chase & Co., which is the sole owner of JPMC, which is the sole owner of WMMSC.

Pursuant to Federal Rule of Civil Procedure 7.1, I also certify to the best of my knowledge that WMMSC is a wholly owned subsidiary of JPMC, which is a wholly owned subsidiary of JPMorgan Chase & Co.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:     September 30, 2010
           Washington, D.C.

Respectfully submitted,

By:     /s/ Brent J. McIntosh

Brent J. McIntosh (D.C. Bar No. 991470)
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 956-7500
Facsimile:  (202) 293-6330

*Counsel for Defendants*
*JPMorgan Chase Bank, N.A. and*
*Washington Mutual Mortgage*
*Securities Corporation*