**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Trusts listed in Exhibits 1-A and 1-B,<br><br>      Plaintiff,<br><br>  v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank; JPMORGAN CHASE BANK, National Association; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION,<br><br>      Defendant. | Civil Action No. 1:09-CV-1656-RMC |

**DECLARATION OF MOTTY SHULMAN IN SUPPORT OF PLAINTIFF DEUTSCHE BANK NATIONAL TRUST COMPANY'S MEMORANDUM OF LAW IN OPPOSITION TO:**

 **(I)  FDIC RECEIVER'S MOTION TO DISMISS;**

 **(II)  JPMORGAN CHASE BANK, N.A. AND WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION'S MOTION TO DISMISS; AND**

 **(III) JPMORGAN CHASE BANK, N.A. AND WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, MOTTY SHULMAN, hereby declare:

  1.  I am a partner of the law firm Boies, Schiller & Flexner LLP, counsel for Deutsche Bank National Trust Company, as Trustee for the Trusts listed in Exhibits 1-A and 1-B of the Amended Complaint ("DBNTC"). I am admitted to practice law in the States of New

1

York and Florida, and before this Court.  I submit this declaration in support of DBNTC's Memorandum of Law in Opposition to the FDIC Receiver's Motion to Dismiss, and JPMorgan Bank N.A. ("JPMC") and Washington Mutual Mortgage Securities Corporation's ("WMMSC") Motion to Dismiss and Motion for Partial Summary Judgment.

2. Attached as **Exhibit A** is a true and correct copy of exhibit 1a of the report of the hearing before the Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs on April 13, 2010.

3. Attached as **Exhibit B** is a true and correct copy of exhibit 8b of the report of the hearing before the Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs on April 13, 2010.

4. Attached as **Exhibit C** is a true and correct copy of a letter from Robin A. Henry to Washington Mutual Bank dated August 16, 2010.

5. Attached as **Exhibit D** is a true and correct copy of a letter from Stacey R. Friedman to Robin A. Henry dated August 25, 2010.

6. Attached as **Exhibit E** is a true and correct copy of exhibit 21 of the report of the hearing before the Permanent Subcommittee on Investigations of the Committee on Homeland Security and Governmental Affairs on April 13, 2010.

7. Attached as **Exhibit F** is a true and correct copy of the Purchase and Assumption Agreement dated February 1, 1991 among Federal Deposit Insurance Corporation, Receiver of Maine Savings Bank, Federal Deposit Insurance Company and Fleet Bank of Maine, referenced in Viola v. Fleet Bank of Maine No. 95-141 (D. Me. 1996).

8. Attached as **Exhibit G** is a true and correct copy of a January 7, 2011 Memorandum & Order Re: Motions to Dismiss by FDIC as Receiver and FDIC in its Corporate Capacity in <u>Deutsche Bank Nat'l Trust Co. v. FDIC</u>, No. 2:09-03852 (GAF)(FFMx)(C.D. Cal.).

9. Attached as **Exhibit H** is a true and correct copy of an October 21, 2009 Decision and Order re: Mention of Economic Downturn in <u>Wells Fargo Bank, N.A. v. LaSalle National Bank, N.A.</u>, No. 07-CV-449 (D. Ohio).

10. Attached as **Exhibit I** is a true and correct copy of a November 29, 2010 opinion and order of the court in <u>Fed. Home Loan Bank of Pittsburgh v. JP Morgan Secs., LLC,</u> No. GD09-016892 (Pa. Ct. Com. Pl.).

11. Attached as **Exhibit J** is a true and correct copy of a December 22, 2010 Memorandum Decision in <u>MBIA Ins. Corp. v. Countrywide Home Loans</u>, No. 602825/2008 (N.Y. Sup. Ct.).

12. Attached as **Exhibit K** is a true and correct copy of a letter from Brent J. McIntosh to Talcott J. Franklin dated January 12, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of January, 2011, in Armonk, New York.

                                                      /s/Motty Shulman
                                                      Motty Shulman