# EXHIBIT C

# BOIES, SCHILLER & FLEXNER LLP

333 MAIN STREET • ARMONK, NY 10504 • PH. 914.749.8200 • FAX 914.749.8300

<u>Via Federal Express</u>

August 16, 2010

Washington Mutual Bank
1301 Second Avenue
Seattle, Washington 98101
Att: General Counsel

Long Beach Mortgage Company
1400 South Douglass Road, Suite 100
Anaheim, California 92806

JP Morgan Chase
Office of the General Counsel
194 Wood Avenue South, Floor 02
Iselin, NJ 08830-2710

                Re: Notice of Repurchase Obligations

Dear Sir/Madam:

      Our firm has been retained as counsel by Deutsche Bank National Trust Company ("DBNTC"), as Trustee, in connection with various Agreements that govern or otherwise relate to the list of transactions identified in Exhibit A, attached hereto.

      DBNTC hereby demands that JPMorgan Chase Bank, National Association (as successor-in-interest to Washington Mutual Bank) or its wholly-owned subsidiary Washington Mutual Mortgage Securities Corporation, as applicable (collectively, "JPMorgan"): (a) repurchase any and all loans that do not conform to the representations and warranties set forth in those Agreements, including but not limited to representations and warranties concerning: (i) the enforceability of those loans and the Sellers' compliance with state and federal laws when making the loans, including predatory and abusive lending statutes; (ii) the conformity of those loans with origination and underwriting guidelines; (iii) the requirement that a valid appraisal was prepared for each property in accordance with the Sellers' underwriting guidelines; (iv) the requirement that the loan to value ratio for each mortgage loan was not greater than 100% at the time of origination; (v) the requirement that borrowers made their first monthly loan payment; and (vi) the requirement that no loan was delinquent more than 30 days during the preceding 12 months and that no loan experienced a delinquency of 60 days or more; and (b) notify DBNTC,

August 16, 2010    BOIES, SCHILLER & FLEXNER LLP
Page 2

to the fullest extent of their knowledge, of the existence and particulars of any loans which do not conform to the representations and warranties set forth in those Agreements.

JPMorgan has failed to comply with its contractual obligation to provide loan files and data relating to the transactions listed in Exhibit A, making it impossible for DBNTC and/or other parties-in-interest to the transactions to identify all of the specific loans JPMorgan must repurchase, and DBNTC again demands that JPMorgan provide immediate access to these files. Notwithstanding JPMorgan's failure to provide such loan files and data, JPMorgan has access to information sufficient to put it on notice of its immediate obligation to repurchase certain loans, including but not limited to: (i) any loans where the borrower failed to make his or her first monthly payment; (ii) any loan that was or is delinquent for a period outside of the periods set forth in the operative representations and warranties; and (iii) any loan with characteristics similar to those Washington Mutual Bank related loans that JPMorgan has repurchased from the Federal Home Loan Mortgage Corporation. We further remind you that under certain of the Agreements, JPMorgan, as servicer, is required to notify the Trustee and other transaction parties of breaches of representations and warranties with respect to loans upon discovery thereof. Breach of the servicer's obligations under the Agreements may, subject to the conditions therein, constitute a servicer event of default thereunder.

Nothing contained in this letter shall constitute a waiver of any of DBNTC's rights or remedies under the Agreements or an admission concerning the meaning of any terms in the Agreements.

Please call me at 914-749-8216 if you have any questions or wish to discuss this matter.

Sincerely,

*Robin A. Henry*
Robin A. Henry

cc: Robert A. Sacks (Sullivan & Cromwell LLP)

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Series | Agreement Date | Original Collateral Balance | Current Principal Balance 9/25/08 |
|---|---|---|---|---|---|
| LB0002 | Long Beach Mortgage Loan Trust | 2000-1 | 12/1/00 | 1,000,000,594.71 | 34,811,895.51 |
| LB00F1 | Long Beach Home Equity Loan Trust | 2000-LB1 | 8/1/00 | 1,312,248,898.65 | 59,532,662.65 |
| LB0101 | Long Beach Mortgage Loan Trust | 2001-1 | 3/1/01 | 725,466,488.78 | 36,039,908.53 |
| LB0102 | Long Beach Mortgage Loan Trust | 2001-2 | 7/1/01 | 1,594,353,660.72 | 71,505,949.50 |
| LB0103 | Long Beach Mortgage Loan Trust | 2001-3 | 9/1/01 | 1,001,006,145.53 | 49,540,692.95 |
| LB0104 | Long Beach Mortgage Loan Trust | 2001-4 | 12/1/01 | 1,999,995,140.51 | 104550975.6 |
| LB0201 | Long Beach Mortgage Loan Trust | 2002-1 | 4/1/02 | 1,600,002,996.85 | 78,501,732.67 |
| LB0202 | Long Beach Mortgage Loan Trust | 2002-2 | 6/1/02 | 1,000,001,438.60 | 52,951,722.09 |
| LB0205 | Long Beach Mortgage Loan Trust | 2002-5 | 11/1/02 | 1,000,000,848.34 | 73,845,139.93 |
| LB0301 | Long Beach Mortgage Loan Trust | 2003-1 | 2/1/03 | 2,000,000,169.33 | 130,090,598.75 |
| LB0302 | Long Beach Mortgage Loan Trust | 2003-2 | 4/1/03 | 926,370,950.24 | 63,358,995.33 |
| LB0303 | Long Beach Mortgage Loan Trust | 2003-3 | 6/1/03 | 900,000,208.99 | 75,119,530.93 |
| LB0304 | Long Beach Mortgage Loan Trust | 2003-4 | 7/1/03 | 2,200,000,305.17 | 224,438,308.88 |
| LB0401 | Long Beach Mortgage Loan Trust | 2004-1 | 2/1/04 | 4,500,000,018.86 | 532,202,224.67 |
| LB0402 | Long Beach Mortgage Loan Trust | 2004-2 | 5/1/04 | 1,519,139,252.43 | 204,931,765.30 |
| LB0403 | Long Beach Mortgage Loan Trust | 2004-3 | 6/11/04 | 1,999,383,410.65 | 292,775,378.36 |
| LB0404 | Long Beach Mortgage Loan Trust | 2004-4 | 9/1/04 | 2,719,328,087.12 | 386,675,678.52 |
| LB0405 | Long Beach Mortgage Loan Trust | 2004-5 | 8/1/04 | 1,015,407,092.63 | 151,014,830.26 |
| LB0406 | Long Beach Mortgage Loan Trust | 2004-6 | 10/1/04 | 1,104,297,532.58 | 165,563,241.68 |
| LB0501 | Long Beach Mortgage Loan Trust | 2005-1 | 1/1/05 | 3,500,003,000.56 | 581,873,653.66 |
| LB0502 | Long Beach Mortgage Loan Trust | 2005-2 | 4/1/05 | 2,500,002,732.02 | 485,463,232.28 |

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Series | Agreement Date | Original Collateral Balance | Current Principal Balance 9/25/08 |
|---|---|---|---|---|---|
| LB0503 | Long Beach Mortgage Loan Trust | 2005-3 | 9/1/05 | 1,527,819,573.20 | 496,077,274.56 |
| LB05W1 | Long Beach Mortgage Loan Trust | 2005-WL1 | 7/1/2005 | 2,783,633,153.00 | 624,023,514.56 |
| LB05W2 | Long Beach Mortgage Loan Trust | 2005-WL2 | 8/1/05 | 2,755,716,668.32 | 791,199,316.92 |
| LB05W3 | Long Beach Mortgage Loan Trust | 2005-WL3 | 11/1/05 | 2,191,257,007.17 | 827,566,265.49 |
| LB0601 | Long Beach Mortgage Loan Trust | 2006-1 | 2/1/06 | 2,499,987,903.06 | 1,160,361,979.44 |
| LB0602 | Long Beach Mortgage Loan Trust | 2006-2 | 3/1/06 | 3,003,799,169.81 | 1,386,914,706.65 |
| LB0603 | Long Beach Mortgage Loan Trust | 2006-3 | 4/1/06 | 1,743,796,134.40 | 888,155,925.30 |
| LB0604 | Long Beach Mortgage Loan Trust | 2006-4 | 5/1/06 | 1,922,678,765.19 | 1,053,549,542.12 |
| LB0605 | Long Beach Mortgage Loan Trust | 2006-5 | 6/1/06 | 1,925,001,176.58 | 1,061,924,757.27 |
| LB0606 | Long Beach Mortgage Loan Trust | 2006-6 | 7/1/06 | 1,688,107,433.24 | 1,031,620,844.36 |
| LB0607 | Long Beach Mortgage Loan Trust | 2006-7 | 8/1/06 | 1,596,611,009.81 | 1,066,308,386.86 |
| LB0608 | Long Beach Mortgage Loan Trust | 2006-8 | 9/1/06 | 1,380,727,062.40 | 954,086,893.15 |
| LB0609 | Long Beach Mortgage Loan Trust | 2006-9 | 10/1/06 | 1,520,086,184.10 | 1,091,628,311.24 |
| LB060A | Long Beach Mortgage Loan Trust | 2006-A | 5/1/06 | 532,619,585.98 | 144,205,711.88 |
| LB0610 | Long Beach Mortgage Loan Trust | 2006-10 | 11/1/06 | 1,008,199,873.58 | 740,325,465.58 |
| LB0611 | Long Beach Mortgage Loan Trust | 2006-11 | 12/1/06 | 1,499,999,921.58 | 1,126,024,144.81 |
| LB06W1 | Long Beach Mortgage Loan Trust | 2006-WL1 | 1/1/06 | 1,903,659,401.04 | 810,309,534.48 |
| LB06W2 | Long Beach Mortgage Loan Trust | 2006-WL2 | 1/1/06 | 1,908,950,760.04 | 739,358,759.85 |
| LB06W3 | Long Beach Mortgage Loan Trust | 2006-WL3 | 1/1/06 | 1,917,874,232.74 | 737,068,803.57 |
| WA0001 | Washington Mutual Mortgage Securities Corp. | 2000-1 | 3/31/00 | 6,701,536,869.34 | 480,305,038.41 |
| WA0107 | Washington Mutual Mortgage Securities Corp. | 2001-7 | 5/1/01 | 1,051,032,555.94 | 19,541,729.02 |
| WA01A3 | Washington Mutual Mortgage Securities Corp. | 2001-AR3 | 11/9/01 | 1,167,350,333.57 | 32,739,901.70 |

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Series | Agreement Date | Original Collateral Balance | Current Principal Balance 9/25/08 |
|---|---|---|---|---|---|
| WA02A2 | Washington Mutual Mortgage Securities Corp. | 2002-AR2 | 2/26/02 | 846,869,196.58 | 133,386,070.04 |
| WA02A6 | Washington Mutual Mortgage Securities Corp. | 2002-AR6 | 5/1/02 | 976,270,151.47 | 33,967,222.14 |
| WA02A9 | Washington Mutual Mortgage Securities Corp. | 2002-AR9 | 7/1/02 | 1,497,233,409.59 | 63,032,301.89 |
| WA02AC | Washington Mutual Mortgage Securities Corp. | 2002-AR12 | 9/1/02 | 998,724,014.44 | 7,164,395.08 |
| WA02AD | Washington Mutual Mortgage Securities Corp. | 2002-AR13 | 9/1/02 | 801,001,920.87 | 6,622,003.44 |
| WA02AE | Washington Mutual Mortgage Securities Corp. | 2002-AR14 | 10/25/02 | 1,028,589,782.28 | 10,938,312.60 |
| WA02AF | Washington Mutual Mortgage Securities Corp. | 2002-AR15 | 10/1/02 | 1,975,024,800.28 | 22,477,420.27 |
| WA02AG | Washington Mutual Mortgage Securities Corp. | 2002-AR16 | 10/1/02 | 1,030,719,967.88 | 21,216,427.56 |
| WA02AH | Washington Mutual Mortgage Securities Corp. | 2002-AR17 | 10/1/02 | 1,141,838,488.95 | 59,353,086.07 |
| WA02AI | Washington Mutual Mortgage Securities Corp. | 2002-AR18 | 11/1/02 | 1,995,977,878.00 | 48,423,693.51 |
| WA02AJ | Washington Mutual Mortgage Securities Corp. | 2002-AR19 | 12/1/02 | 1,999,854,039.48 | 47,816,425.15 |
| WA02T1 | Washington Mutual Bank FA | 2002-PR2 | 9/27/02 | 1,810,000,000.00 | 412,182,299.00 |
| WA02T2 | Washington Mutual Bank FA | 2002-PR3 | 11/26/02 | 1,569,403,402.00 | 460,528,036.14 |
| WA03A1 | Washington Mutual Mortgage Securities Corp. | 2003-AR1 | 1/1/03 | 1,929,958,305.53 | 78,084,582.05 |
| WA03A2 | Washington Mutual Mortgage Securities Corp. | 2003-AR2 | 2/1/03 | 453,072,396.92 | 14,354,070.03 |
| WA03A3 | Washington Mutual Mortgage Securities Corp. | 2003-AR3 | 2/1/03 | 1,498,678,348.09 | 76,606,402.47 |
| WA03A4 | Washington Mutual Mortgage Securities Corp. | 2003-AR4 | 3/1/03 | 1,248,537,577.61 | 96,324,730.77 |
| WA03A5 | Washington Mutual Mortgage Securities Corp. | 2003-AR5 | 4/1/03 | 1,497,993,405.95 | 191,453,076.81 |
| WA03A6 | Washington Mutual Mortgage Securities Corp. | 2003-AR6 | 5/1/03 | 1,817,570,225.97 | 273,859,507.75 |
| WA03A7 | Washington Mutual Mortgage Securities Corp. | 2003-AR7 | 6/1/03 | 1,782,734,144.99 | 330,974,020.39 |
| WA03A8 | Washington Mutual Mortgage Securities Corp. | 2003-AR8 | 7/1/03 | 1,249,964,133.60 | 306,284,588.45 |
| WA03A9 | Washington Mutual Mortgage Securities Corp. | 2003-AR9 | 8/1/03 | 1,499,961,494.15 | 459,523,660.91 |

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Series | Agreement Date | Original Collateral Balance | Current Principal Balance 9/25/08 |
|---|---|---|---|---|---|
| WA03AA | Washington Mutual Mortgage Securities Corp. | 2003-AR10 | 9/1/03 | 2,149,945,638.93 | 758,972,394.10 |
| WA03AB | Washington Mutual Mortgage Securities Corp. | 2003-AR11 | 10/1/03 | 569,335,006.37 | 201,418,222.95 |
| WA03AC | Washington Mutual Mortgage Securities Corp. | 2003-AR12 | 12/22/03 | 624,366,307.97 | 169,054,089.35 |
| WA04A1 | Washington Mutual Mortgage Securities Corp. | 2004-AR1 | 2/12/04 | 549,954,684.34 | 184,779,040.96 |
| WA04A2 | Washington Mutual Mortgage Securities Corp. | 2004-AR2 | 4/28/04 | 607,568,701.01 | 75,847,329.67 |
| WA04A3 | Washington Mutual Mortgage Securities Corp. | 2004-AR3 | 4/27/04 | 1,199,094,712.64 | 627,200,249.89 |
| WA04A4 | Washington Mutual Mortgage Securities Corp. | 2004-AR4 | 5/25/04 | 999,949,639.60 | 640,104,266.85 |
| WA04A5 | Washington Mutual Mortgage Securities Corp. | 2004-AR5 | 5/25/04 | 324,778,296.44 | 319,246,042.00 |
| WA04A6 | Washington Mutual Mortgage Securities Corp. | 2004-AR6 | 5/27/04 | 694,961,493.88 | 120,471,550.20 |
| WA04A7 | Washington Mutual Mortgage Securities Corp. | 2004-AR7 | 6/24/04 | 899,173,380.28 | 557,746,399.24 |
| WA04A8 | Washington Mutual Mortgage Securities Corp. | 2004-AR8 | 6/25/04 | 763,824,537.00 | 135,742,545.16 |
| WA04AA | Washington Mutual Mortgage Securities Corp. | 2004-AR10 | 7/27/04 | 1,264,666,962.70 | 243,688,955.92 |
| WA04AC | Washington Mutual Mortgage Securities Corp. | 2004-AR12 | 10/26/04 | 1,784,625,919.86 | 340,395,443.18 |
| WA04AD | Washington Mutual Mortgage Securities Corp. | 2004-AR13 | 11/23/04 | 1,539,705,677.27 | 325,216,452.97 |
| WA05A1 | Washington Mutual Mortgage Securities Corp. | 2005-AR1 | 1/18/05 | 2,971,414,173.32 | 714,587,307.20 |
| WA05A2 | Washington Mutual Mortgage Securities Corp. | 2005-AR2 | 1/26/05 | 3,267,405,771.83 | 920,722,624.68 |
| WA05A4 | Washington Mutual Mortgage Securities Corp. | 2005-AR4 | 3/24/05 | 750,504,106.41 | 506,442,449.82 |
| WA05A6 | Washington Mutual Mortgage Securities Corp. | 2005-AR6 | 4/26/05 | 3,167,184,178.32 | 932,737,574.84 |
| WA05A8 | Washington Mutual Mortgage Securities Corp. | 2005-AR8 | 7/15/05 | 3,029,599,417.91 | 893,576,756.98 |
| WA05A9 | Washington Mutual Mortgage Securities Corp. | 2005-AR9 | 7/21/05 | 1,505,402,999.34 | 423,681,934.44 |
| WA05AA | Washington Mutual Mortgage Securities Corp. | 2005-AR10 | 8/25/05 | 3,201,069,294.58 | 1,104,192,858.61 |
| WA05AB | WaMu Asset Acceptance Corp. | 2005-AR13 | 10/25/05 | 3,901,265,905.06 | 1,555,245,023.74 |

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Series | Agreement Date | Original Collateral Balance | Current Principal Balance 9/25/08 |
|---|---|---|---|---|---|
| WA05AC | WaMu Asset Acceptance Corp. | 2005-AR16 | 11/23/05 | 924,385,186.87 | 709,012,720.73 |
| WA05AD | WaMu Asset Acceptance Corp. | 2005-AR8 | 12/29/05 | 767,442,752.54 | 759,313,543.32 |
| WA0601 | Washington Mutual Home Equity Trust | 1 | 3/7/2006 | 5,389,459,150.00 | 3,561,666,083.13 |
| WA0602 | WaMu | 2006-OA1 | 12/13/2006 | 2,736,034,892.85 | 1,376,479,667.76 |
| WA06A1 | WaMu Asset Acceptance Corp. | 2006-AR1 | 1/30/06 | 1,516,188,758.27 | 719,352,278.04 |
| WA06A3 | WaMu Asset Acceptance Corp. | 2006-AR3 | 2/23/06 | 1,019,582,771.26 | 512,708,347.22 |
| WA06A4 | Washington Mutual Mortgage Securities Corp. | 2006-AR4 | 4/25/06 | 932,087,563.09 | 474,865,940.42 |
| WA06A5 | WaMu Asset Acceptance Corp. | 2006-AR5 | 5/25/06 | 796,522,188.53 | 481,442,704.76 |
| WA06C1 | WM Covered Bond Program | 1 | 5/18/07 | One Revolving Pool For all Series | |
| WA06C2 | WM Covered Bond Program | 2 | 5/18/07 | One Revolving Pool for all Series | |
| WA0701 | WaMu | 2007-Flex1 | 10/25/2007 | 5,199,147,685.89 | 4,067,805,919.38 |
| WA07C3 | WM Covered Bond Program | 3 | 5/18/07 | One Revolving Pool for all Series | |
| WA07H1 | WaMu Asset Acceptance Corp. | 2007-HE1 | 1/1/07 | 1,393,794,251.58 | 1,096,561,655.17 |
| CO9201 | Coast Federal | 1992-1 | 8/1/92 | 374,106,546.77 | 17,992,505.24 |
| DB9902 | Ace Securities | 1999-2 | 7/1/99 | 416,860,972.94 | 9,435,113.28 |
| MS0001 | Morgan Stanley ABS Capital I Inc. | 2000-1 | 7/1/00 | 360,107,788.57 | 7,463,097.13 |
| GS06L1 | GSAMP Trust | 2006-S1 | 1/1/06 | 516,812,864.78 | 122,133,901.15 |
| GS05X2 | GSAMP Trust | 2005-S2 | | | |

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Series | Agreement Date | Current Principal Balance |
|---|---|---|---|---|
| LB05N3 | Long Beach Asset Holding Corp. | CI 2005-WL1 | 10/21/2005 | 70,367,411.73 |
| LB05N4 | Long Beach Asset Holding Corp. | CI 2005-WL2 | 9/7/2005 | 12,747,551.05 |
| LB05N6 | Long Beach Asset Holding Corp. | CI 2005-WL3 | 12/07/2005 | 20,387,875.63 |
| LB06N6 | Long Beach Asset Holding Corp. | CI 2006-3 | 4/26/2006 | 27,829,138.01 |
| LB06N7 | Long Beach CI NIM Notes | 2006-4 | 5/30/2006 | 32,297,749.83 |
| LB06N8 | Long Beach CI NIM Notes | 2006-5 | 6/30/2006 | 31,437,470.34 |
| LB06N9 | Long Beach CI NIM Notes | 2006-6 | 7/31/2006 | 27,629,292.83 |
| LB06NA | Long Beach CI NIM Notes | 2006-7 | 8/31/2006 | 33,011,254.77 |
| LB06NB | Long Beach CI NIM Notes | 2006-8 | 9/27/2006 | 24,248,851.46 |
| LB06NC | Long Beach CI NIM Notes | 2006-9 | 10/30/2006 | 39,191,206.64 |
| LB06ND | Long Beach CI NIM Notes | 2006-10 | 11/29/2006 | 26,473,498.22 |
| LB06NE | Long Beach CI NIM Notes | 2006-11 | 12/27/2006 | 40,891,919.43 |
| WA07N1 | WaMu CI NIM Notes | 2007-WM1 | 1/30/2007 | 30,502,416.51 |
| LB03P1 (LB03PB) | Long Beach Securities Corp. | 2003-P1 (2003-W5) | 4/30/03 | TBD |
| LB03P2 | Long Beach Securities Corp. | 2003-W9 | 6/26/03 | TBD |
| LB04N2 | Long Beach Asset Holding Corp. | 2004-2 | 5/26/04 | TBD |
| LB04N4 | Long Beach Asset Holding Corp. | 2004-4 | 11/24/04 | 5,755,410.65 |
| LB04N6 | Long Beach Asset Holding Corp. | 2004-6 | 10/29/04 | 9,158,820.66 |
| LB05N2 | Long Beach Asset I Holding Corp. | 2005-2 | 4/26/05 | 15,457,776.33 |
| LB06N5 | Long Beach Asset I Holding Corp. | 2005-3 | 9/20/05 | 8,131,609.43 |
| LB06N2 | Long Beach Asset Holding Corp. | 2006-WL2 | 3/30/2006 | 43,959,237.65 |
| LB06N4 | Long Beach Asset Holding Corp. | 2006-1 | 2/28/06 | 41,252,394.94 |
| LB06N5 | Long Beach Asset Holding Corp. | 2006-2 | 3/30/00 | 55,779,764.27 |
| LB07P3 | Long Beach Asset Holdings Corp CI | 2003-3 | 11/16/07 | TBD |
| LB07P4 | Long Beach Asset Holdings Corp CI | 2003-4 | 11/16/07 | TBD |

Exhibit A

Deutsche Bank National Trust Company

| Issue ID | Transaction | Agreement Date |
|---|---|---|
| LB03CM | Long Beach Mortgage Company Custodial Agreement | 10/15/2003 |
| FB022C | ASSET BACKED SECURITIES CORP. 2002-11E3 | 10/1/2002 |
| FB050C | CREDIT SUISSE FIRST BOSTON BI PARTY | 6/1/2005 |
| GC0FC | GREENWICH/DB FHA AND CONVENTIONAL | 5/20/2004 |
| GC04JC | GREENWICH/WAMU 2004-RP1 | 5/20/2004 |
| GC056C | GREENWICH RBSGC 2005-RP1 | 2/1/2005 |
| GS04WC | GOLDMAN/LONG BEACH WAREHOUSE | 12/1/2004 |
| GS052C | GOLDMAN/WASHINGTON MUTUAL CUSTODY WAREHO | 1/1/2005 |
| GS05CC | GSAA 2005-7 SECURITY CUSTODY ONLY | 6/1/2005 |
| GS063C | GSAA 2006-1 CUSTODY ONLY | 6/1/2006 |
| GS06FC | GSR 2006-5F CUSTODY ONLY | 5/1/2006 |
| GS06HC | GSR 2006 6F CUSTODY ONLY | 6/1/2006 |
| GS06MC | GSR 2006-8F CUSTODY ONLY SECURITY | 8/1/2006 |
| GS06RC | GSR 2006-9F CUSTODY ONLY | 10/1/2006 |
| GS078C | GSR 2007-2F CUSTODY ONLY | 3/1/2007 |
| GS07BC | GSR 2007-3F CUSTODY ONLY | 4/1/2007 |
| GS07EC | GSR 2007-4F CUSTODY ONLY | 6/1/2007 |
| LB032C | LONG BEACH/FANNIE MAE POOLS | 5/1/2007 |
| LB052C | WASHINGTON MUTUAL/LBMC REPO FACILITY | 6/22/2005 |
| LH012C | LEHMAN/THORNBURG-SASCO 2001-8A | 5/1/2001 |
| LH07EC | LEHMAN/ SASCO 2007-GEL2 | 4/1/2007 |
| MS02BC | MORGAN STANLEY 2002-WL1 BANK ONE TRUSTEE | 6/1/2002 |
| MS02JC | MORGAN STANLEY/LONG BEACH | 10/1/2002 |
| MS03EC | MORGAN STANLEY - WAMU | 9/1/2003 |
| MS045C | MORGAN STANLEY FANNIE MAE | 3/23/2004 |
| MS04GC | MORGAN STANLEY FREDDIE MAC | 8/18/2004 |
| WA071C | WASHINGTON MUTUAL WAMU 2007-HE2 | 4/10/2007 |
| WA072C | WASHINGTON MUTUAL WAMU 2007-HE3 | 5/10/2007 |
| WA073C | WASHINGTON MUTUAL WAMU 200-HE4 | 6/13/2007 |