# EXHIBIT K

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-202-956-7500
FACSIMILE: 1-202-293-6330
WWW.SULLCROM.COM

*1701 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20006-5805*

NEW YORK • LOS ANGELES • PALO ALTO

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

January 12, 2011

Via Federal Express

Talcott J. Franklin,
    Talcott Franklin P.C.,
        208 North Market Street,
            Suite 200,
                Dallas, Texas 75202.

            Re:   Mortgage records requests

Dear Mr. Franklin:

        I write on behalf of JPMorgan Chase Bank, N.A. ("JPMorgan") in reference to your letters of June 7 and June 9, 2000 to Long Beach Mortgage Company and of June 11, 2000 to Washington Mutual Bank, in which you, in your capacity as counsel for Trustee Deutsche Bank National Trust Company, requested records maintained by the Master Servicer for 61 loans in the trusts known as LBMLT 2006-A, LMBLT 2006-4, and LBMLT 2006-9, respectively. Enclosed please find a CD containing these records. The files are password-protected; please call me for the password.

        I call your attention to the binding confidentiality provisions contained in Section 6.05 of the Pooling and Servicing Agreements governing the trusts listed above. With certain exceptions, "the Trustee shall not disseminate *any information* obtained pursuant to [Section 6.05 of the agreement] *without the Master Servicer's . . . written consent*" (emphasis added). To the extent the Trustee does seek to disseminate this information, the Trustee "shall use . . . its best efforts to assure the confidentiality of any such disseminated non-public information." We expect as well that you and the Trustee will comply with all applicable laws governing personal privacy and confidentiality of this data. Among other protections, JPMorgan believes that these provisions require that any court filing that includes or would disclose the enclosed information be made under seal.

Talcott J. Fanklin -2-

      For compliance reasons, the CD enclosed must be returned to JPMorgan immediately following your downloading of the enclosed files. For your convenience, we have included a prepaid FedEx return envelope. If you have any questions, please do not hesitate to contact me.

Sincerely,

Brent J. McIntosh

(Enclosures)