UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.  09-1656 (RMC) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the motions hearing held on July 19, 2012, it is hereby

**ORDERED** that:

1. JP Morgan Chase Bank's ("JPMC") Motion to Compel and Motion for Protective Order, Dkt. # 106, is **GRANTED IN PART AND DENIED IN PART**.  Accordingly:

    a. As stated in open court on July 19, 2012, JPMC may pursue limited discovery on tax liabilities under the Purchase and Assumption Agreement ("PAA") at issue in this case, and is ordered to meet and confer with the Defendant Federal Deposit Insurance Corporation-Receiver (the "FDIC") regarding limitations on this discovery so that this matter may move forward in a timely fashion.  The parties are directed to submit a joint discovery plan no later than August 10, 2012.

    b. Deutsche Bank National Trust Company ("DBNTC") may continue to participate in fact discovery regarding the PAA to the extent the Court has allowed discovery

    on this issue. DBNTC may not participate in discovery to the extent it extends into areas where JPMC and FDIC share a privilege.

   c. Attorneys for JPMC may visit FDIC or its attorneys' offices to review documents withheld pursuant to the deliberative process privilege that can be classified as documents concerning the FDIC's public relations and legislative strategy. To the extent that attorneys for JPMC find these documents relevant, they may request their production from FDIC. FDIC may decide at that time to move for an order from this Court to prevent the production of these documents.

   d. JPMC's motion for the production of FDIC's policy manuals and guidance related to the resolution of failed banks is **DENIED WITHOUT PREJUDICE**.

2. The FDIC's Motion to Limit the Scope of Discovery, Dkt. # 109, is **DENIED**.

3. In light of FDIC's Motion to Compel, Dkt. # 108, JPMC is ordered to produce a sample of one hundred communications that took place between Dan Cooney and Michael Lipsitz between the dates of September 23 and September 25, 2005, to the Court for *in camera* review no later than August 10, 2012. These documents should be produced in electronic format on a CD-ROM or USB flash drive and be accompanied by an interactive index.

4. The FDIC's Motion to require JPMC to organize its production, Dkt. # 110, is **DENIED WITHOUT PREJUDICE**.

5. Fact discovery shall be completed no later than February 27, 2013.

**SO ORDERED.**

Date: July 20, 2012                                                 /s/
                                                                  ROSEMARY M. COLLYER
                                                                  United States District Judge