UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-1656 (RMC) |
| FEDERAL DEPOSIT INSURANCE CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

In accordance with the joint notice [Dkt. 126] filed by the Defendants on August 10, 2012, it is hereby **ORDERED** that the FDIC will produce the following three categories of documents related to tax liability under the Purchase and Assumption Agreement (the "PAA") no later than October 31, 2012 and will provide a related privilege log no later than November 14, 2012:

1. For the period of September 16, 2008 through January 31, 2009, the documents and electronically stored information of Richard Peyster, James Thormahlen, David Gearin, and Robert Schoppe related to the assignment of tax liabilities under the PAA;

2. Documents and electronically stored information leading to:

    a. Richard Peyster's email of October 8, 2008 to Allen Friedman and Benjamin Lopata of JP Morgan Chase Bank, and

    b. James Thormahlen's letters of October 20, 2008 and January 2, 2009 to state

and municipal taxing authorities; and

3. For the period of September 16, 2008 through October 2, 2008, emails related to the PAA transaction where Richard Peyster or James Thormahlen appear in the "to," "from," "cc," or "bcc" lines.

**SO ORDERED.**

Date: August 15, 2012                                         /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge