UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

                Plaintiff,

            v.                                Case No. 09-CV-1656-RMC

FEDERAL DEPOSIT INSURANCE          Hon. Rosemary M. Collyer
CORPORATION (as receiver of
WASHINGTON MUTUAL BANK) and
JPMORGAN CHASE BANK, National
Association,

                Defendants.

## SCHEDULING ORDER

Upon consideration after the status conference held in open Court on October 11, 2013, it is hereby ORDERED that:

1. Expert discovery as to the interpretation of the Purchase and Assumption Agreement will be completed no later than March 14, 2014. Expert discovery will proceed as follows:

   a. Any opening expert (not one for rebuttal) to be used by the Parties will be disclosed as described in Fed. R. Civ. P. 26(a)(1)(A)(i) on November 15, 2013.

   b. The Parties will exchange expert reports on December 12, 2013.

   c. The Parties will exchange any rebuttal expert reports on January 31, 2014.

   d. The depositions of any experts will be concluded by March 14, 2014.

2. Following the conclusion of expert discovery, any motions for summary judgment will be filed on April 4, 2014, any opposition to such motions will be filed on May 14, 2014, and any replies in support of such motions will be filed June 9, 2014.

**SO ORDERED.**

Dated: October 11, 2013

_____
Hon. Rosemary M. Collyer
United States District Judge