**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the Trusts listed in Exhibits 1-A and 1-B,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for Washington Mutual Bank; JPMORGAN CHASE BANK, National Association; and WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION,<br><br>Defendants. | Case No.: 1:09-CV-1656-RMC<br><br>Hon. Rosemary M. Collyer |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES**
**IN OPPOSITION TO JPMORGAN CHASE BANK, N.A. AND**
**WASHNGTON MUTUAL MORTGAGE SECURITIES CORPORATION'S**
<u>**MOTION FOR SUMMARY JUDGMENT**</u>

Plaintiff Deutsche Bank National Trust Company hereby joins in the FDIC-Receiver's July 31, 2014 Memorandum of Points and Authorities in Opposition to Chase's Motion for Summary Judgment, along with the FDIC-Receiver's July 31, 2014 Statement of Material Facts as to Which There Exists a Genuine Issue in Opposition to JPMorgan Chase Bank, N.A. and Washington Mutual Mortgage Securities Corporation's Statement of Material Facts and the FDIC-Receiver's July 31, 2014 Proposed Order. For the reasons set forth by the FDIC-Receiver in its memorandum of points and authorities, JP Morgan Chase Bank, N.A. and Washington Mutual Mortgage Securities Corporation's Motion for Summary Judgment should be denied.

Dated: July 31, 2014
      Armonk, NY

Respectfully submitted,
BOIES, SCHILLER & FLEXNER LLP

By: /s/ Robin Henry

Robin A. Henry (admitted pro hac vice)
Michael Endler (admitted pro hac vice)
Jack G. Stern (admitted pro hac vice)
Motty Shulman (admitted pro hac vice)
333 Main Street
Armonk, NY 10504
Phone: (914) 749-8200
Fax:    (914) 749-8300
*Counsel for Plaintiff Deutsche Bank National Trust Company, as Trustee for the Trusts listed in Exhibits 1-A and 1-B, for all claims, except with respect to paragraph 97 of the Amended Complaint.*

- and -

TALCOTT FRANKLIN P.C.

Talcott J. Franklin (D.D.C. Bar No. TX0078)
208 North Market Street, Suite 200
Dallas, Texas 75202
Phone:  (214) 736-8730
Fax:    (877) 577-1356
*Counsel for Plaintiff Deutsche Bank National Trust Company, as Trustee for the Trusts listed in Exhibits 1-A and 1-B.*

## CERTIFICATE OF SERVICE

Plaintiff, DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the Trusts listed in Exhibits 1-A and 1-B, hereby certifies that a true and correct copy of the foregoing Memorandum of Points and Authorities in Opposition to JP Morgan Chase Bank, N.A. and Washington Mutual Mortgage Securities Corporation's Motion for Summary Judgment was served on this 31st day of July, 2014 by CM/ECF to the counsel listed below:

Brent J. McIntosh
Henry C. Quillen
SULLIVAN & CROMWELL LLP
1701 N.W. Suite 600
Washington, DC 20006-2401
(202) 721-4600
Fax: (202) 293-6330
Email: mcintoshb@sullcrom.com
Email quillenh@sullcrom.com

Robert A. Sacks
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
(212) 558-3588
Email: sacksr@sullcrom.com

William R. Stein
Scott H. Christensen
Jason Samuel Cohen
HUGHES HUBBARD & REED, LLP
1775 I Street, NW
Suite 600
Washington, DC 20006
(202) 721-4644
Fax: (202) 721-4646
Email: christen@hugheshubbard.com
Email: stein@hugheshubbard.com
Email: cohenj@hugheshubbard.com

Anne M. Devens
FEDERAL DEPOSIT INSURANCE CORPORATION
3501 Fairfax Drive
Room VS-D-7062
Arlington, VA 22207
(703) 562-2204
Email: adevens@fdic.gov

/s/ Robin Henry
Robin Henry