Dan Cooney@JPMCHASE  
09/23/2008 09:46 PM

To: "Mitchell Eitel" <Eitelm@sullcrom.com>, "Camille Orme" <Ormec@sullcrom.com>  
cc:  
Subject: Fw: Indemnity question

Dan

---
Daniel P. Cooney  
Dan.Cooney@Chase.com  
(312) 732-3171 (Chicago voice)  
(312) 732-5976 (Chicago fax)  
(212) 270-7094 (New York voice)  
(212) 270-9643 (New York fax)

----- Forwarded by Dan Cooney/IL/ONE on 09/23/2008 09:45 PM -----

"Gearin, David" <DGearin@FDIC.gov>

09/23/2008 09:44 PM

To <dan.cooney@chase.com>  
cc  
Subject Re: Indemnity question

Ok I will look at again.

-----Original Message-----
From: dan.cooney@chase.com <dan.cooney@chase.com>
To: Gearin, David
Sent: Tue Sep 23 21:29:23 2008
Subject: Re: Indemnity question

David - Thanks for the note; unfortunately, however, I don't think your suggestion solves the problem. Let's say there is a contract between the thrift and the Parent and that is included in the Books and Records (not something like "accrued for on the books of the Failed Bank," which probably would fix the problem) of the thrift at the time of closing. Any liability under that contract is then arguably a liability reflected in the Books and Records. Therefore one would most likely conclude that liabilities under that contract are assumed under 2.1.

So the way that 12.1 reads is we are indemnified for a claim by Wamu (shareholder of Failed Bank) with respect to that contract only to the extent the liability was not assumed -- indeed they are free to sue us for a breach by the Failed Bank that occurred before the closing.

In a normal P&A between commercial parties this is not something a buyer would ever assume and it really doesn't make sense (nor frankly is it fair) here.

Dan

---
Daniel P. Cooney  
Dan.Cooney@Chase.com  
(312) 732-3171 (Chicago voice)  
(312) 732-5976 (Chicago fax)  
(212) 270-7094 (New York voice)  
(212) 270-9643 (New York fax)

"Gearin, David" <DGearin@FDIC.gov>

09/23/2008 08:48 PM



EXHIBIT 466 5/9/13

To: <dan.cooney@chase.com>
cc:
Subject: Indemnity question

Dan

The liabilities assumed are described as booked liabilities which should address the concern raised by Mitch.

---

This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. Although this transmission and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by JPMorgan Chase & Co., its subsidiaries and affiliates, as applicable, for any loss or damage arising in any way from its use. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format. Thank you.