

**"Eitel, Mitchell"**
**&lt;Eitelm@sullcrom.com&gt;**

09/25/2008 07:12 AM

To: "'jwigand@fdic.gov'" &lt;jwigand@fdic.gov&gt;, "'dgearin@fdic.gov'" &lt;dgearin@fdic.gov&gt;
cc: "'dan.cooney@chase.com'" &lt;dan.cooney@chase.com&gt;, "Orme, Camille L." &lt;Ormec@sullcrom.com&gt;, "Bray, Garth" &lt;BrayG@sullcrom.com&gt;
Subject:

Jim/David -- my drafting onm 12.1(a) doesn't quite work. It needs to keep the original language in the lead in about liabilities.of the Failed Bank not assume (which I erroneously crossed out in haste). But then it needs to cover the listed items separately in addition to the unassumed liabilities.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.



EXHIBIT 469 5/9/13

CONFIDENTIAL                                                    JPMC_DBNTC_0000006570